IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Shelton, Zachary S

Printed: 7/15/08

Case Number: 07 B 21221
Judge: Wedoff, Eugene R
Filed: 11/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: May 29, 2008
Confirmed: January 31, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,950.00 |  |
| Secured: |  | 781.38 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,063.31 |
| Trustee Fee: |  | 105.31 |
| Other Funds: |  | 0.00 |
| Totals: | 1,950.00 | 1,950.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thav & Ryke PLLC | Administrative | 2,354.00 | 1,063.31 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Fifth Third Bank | Secured | 11,983.19 | 781.38 |
| 5. | Countrywide Home Loans Inc. | Secured | 6,900.00 | 0.00 |
| 6. | Chase Home Finance | Secured | 18,758.57 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 1,159.60 | 0.00 |
| 8. | American General Finance | Unsecured | 2,995.29 | 0.00 |
| 9. | B-Real LLC | Unsecured | 2,810.91 | 0.00 |
| 10. | Capital One | Unsecured | 1,129.70 | 0.00 |
|  |  |  | $ 48,091.26 | $ 1,844.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 105.31 |
|  | $ 105.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Shelton, Zachary S | Case Number:  07 B 21221 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/15/08 | Filed:  11/13/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

